**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6236**

———————

In Re: LEOPOLD F. LAMONT,

                                             Petitioner.


———————

On Petition for Writ of Mandamus.  (CR-96-101-V)

———————

Submitted:  July 20, 1999        Decided:  September 24, 1999

———————

Before NIEMEYER and HAMILTON, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————

Petition denied by unpublished per curiam opinion.

———————

Leopold F. Lamont, Petitioner Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Leopold F. Lamont filed this petition for a writ of mandamus seeking to have this court direct the district court to act on his motion for transcripts at government expense. The district court has recently acted on this motion. Accordingly, while we grant leave to proceed in forma pauperis, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED